LARRY CARROLL SUMRALL
TAMELA LYNN SUMRALL
5 BENGAL
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CENTURYFST
3318 HARDY STREET
HATTIESBURG, MS 39401

CLICK N' CLOSE
15301 SPECTRUM DR
ADDISON, TX 75001

COMMUNITY BANK
ATTN: BANKRUPTCY
1905 COMMUNITY BANK
FLOWOOD, MS 39232

CONNEXUS CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 8026
WAUSAU, WI 54402

DR JOHN ROBERSON
811 S 28TH AVE
HATTIESBURG, MS 39402

FIFTH THIRD BANK
ATTN: BANKRUPTCY
1830 EAST PARIS
GRAND RAPIDS, MI 49546

GOLDMAN SACHS BANK USA
ATTN: BANKRUPTCY
PO BOX 70379
PHILADELPHIA, PA 19176

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

LENDKEY
9999 CARVER RD STE 400
BLUE ASH, OH 45242

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3300
MERRIFIELD, VA 22119

NAVY FEDERAL CU
ATTN: BANKRUPTCY
P.O.BOX 3000
MERRIFIELD, VA 22119

NETCREDIT
ATTN:  BANKRUPTCY DEPT
175 W JACKSON BLVD
STE 1000
CHICAGO, IL 60604

NORDSTROM FSB
ATTN: BANKRUPTCY
PO BOX 6555
ENGLEWOOD, CO 80155

REGIONS BANKCARD
ATTN: BANKRUPTCY
1900 5TH AVE N,
HOVER, AL 35203

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

SYNCHRONY BANK
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK
P.O. BOX 965065
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001